Sigmund Ashner, Respondent, v. William H. Manning and Others, Defendants, Impleaded with Max Kurzrok and Moe Levy, Appellants. (No. 1).— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

William H. Baker, Respondent, v. Citizens' Trust Company of Brooklyn, Appellant.— Judgment affirmed, with costs, on the opinion of Mr. Justice Blackmar at Special * Term. (Reported in 66 Misc. Rep. 622.) Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Thomas St. John Baldwin, Respondent, v. Susan K. Payne, Appellant.— Judgment and order of the County Court of Nassau county affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Catherine Balmer, Respondent, v. Leasehold Realty Company, Tenant, and Others, Defendants, Impleaded with Park Distributing Company, Sub tenant, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Mary Begley, an Infant, by Catherine J. Begley, Her Guardian ad Litem, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless the plaintiff stipulate to reduce the verdict to $15,000, in which event the judgment as reduced and order are unanimously affirmed, without costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Samuel J. Belfer, Respondent, v. August Diedrick, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Minnie Bennett, Appellant, v. New York and Brooklyn Brewing Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Carr, JJ., concurred.

The Bergen Iron Works, Respondent, v. Troetel Burglar Alarm Lock Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

George E. Brightson, Appellant, v. Theodore N. Ripsom, Respondent, Impleaded with Gertrude H. Mason (formerly Gertrude H. Stedman).— Appeal dismissed by consent, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Chester E. Clark, Respondent, v. Adrian H. Joline and Douglas Robinson, as Receivers, etc., Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Thomas, JJ., concurred; Burr, J., dissented.

Philipp Corell, Respondent, v. Allie L. Sylvester and Others, as Executors, etc., of Lewis Sylvester, Deceased, Appellants.— Judgment and order affirmed,

---

* Trial.